MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UMUD YAKUT, | CASE NO. 2:24-cv-02128-JAM-SCR |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The Defendants respectfully request a second extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2016. USCIS has scheduled Plaintiff's asylum re-interview for March 3, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is **July 21, 2025**. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: March 3, 2025                          MICHELE BECKWITH
                                              Acting United States Attorney

                                        By:   /s/ ELLIOT C. WONG
                                              ELLIOT C. WONG
                                              Assistant United States Attorney

Dated: March 3, 2025                    By:   /s/ DORUKHAN KORKUT OGUZ
                                              DORUKHAN KORKUT OGUZ
                                              Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: March 04, 2025                         /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE

2